# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | |
|---|---|
| **In the Matter of the Criminal Complaint concerning** ) ) ) | Docket No. 1:20-mj-31-WCM |
| Coyami Ruiz Miguel ) ) ) ) ) | *UNDER SEAL* |

## MOTION TO SEAL CRIMINAL COMPLAINT, ARREST WARRANT, AND AFFIDAVIT RELATING TO THE COMPLAINT

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, who moves this Court for an order directing that the Complaint, Arrest Warrant, Accompanying Affidavit, this Motion, and any Order issued pursuant to this Motion be sealed immediately to protect the ongoing nature of the investigation in this matter, and that same remain sealed until further order of this Court.

Respectfully submitted this 11th day of May 2020.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

/s/ David A. Thorneloe
Assistant United States Attorney
100 Otis Street
Asheville, NC 28801
(828) 271-4661 (phone)